## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL ACTION 08-00204-KD** |
| ) | |
| **DANIEL STUART ADDISON,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

This action is before the Court on notice that inmate Daniel Stuart Addison has mailed letters to jurors requesting information about his case. Upon consideration, and for the reasons set forth herein, Addison is **ORDERED** to **CEASE** and **DESIST** from any contact with any jurors.

In 1997, the United States District Court for the Southern District of Alabama adopted a local rule which prohibits contact with jurors except upon certain conditions. The Rule sets forth as follows:

> Attorneys, parties or anyone acting for them or on their behalf shall not, without filing a formal petition therefor with the court and securing the court's permission, interrogate jurors, or alternate jurors, either in person or in writing, relative to actions in which they have served.

Local Rule 47.2, Southern District of Alabama.

Addison did not secure the Court's permission prior to writing the letters to the jurors. Therefore, Addison is in violation of Local Rule 47.2. Accordingly, Addison is **ORDERED** to **CEASE** and **DESIST** from any contact with any jurors.

The Clerk of the Court is directed to mail a copy of this order, by certified mail, return receipt requested, to the following:

Daniel Stuart Addison
USP Atlanta
U.S. Penitentiary
P.O. Box 150160
Atlanta, Georgia 30315

Warden J. A. Keller
USP Atlanta
U.S. Penitentiary
601 McDonough Blvd. Southeast
Atlanta, Georgia 30315

Raymond E. Holt
Southeast Regional Office
Federal Bureau of Prisons
3800 Camp Creek Park Southwest
Building 2000
Atlanta, Georgia 30331

**DONE** and **ORDERED** this 17th day of March, 2011.

                                       **s / Kristi K. DuBose**
                                       **KRISTI K. DuBOSE**
                                       **UNITED STATES DISTRICT JUDGE**