**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 08-00204-KD** |
| | ) | **(Civil Action No. 09-00734-KD-N)** |
| **DANIEL STUART ADDISON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**JUDGMENT**</u>

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and **DISMISSED** with prejudice.

Petitioner is not entitled to a certificate of appealability or an appeal in *forma pauperis*.

**DONE** this 9th day of May, 2011.


/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE